UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA               Case no. 14-cr-20359
               Plaintiff,

                                       HON. ROBERT H. CLELAND
v.

D-1 NAKEYSHA WISDOM,
D-2 NORVASS WISDOM,
               Defendants.
_____/

## STIPULATION FOR DISCOVERY

Through their respective counsel, the parties stipulate and agree that the government shall provide discovery, as previously requested in defendants' respective Motion to Compel and Motion for Discovery, to defense counsel in useable/searchable electronic form within 60 days.

    IT IS SO STIPULATED.

/s/ Wayne Pratt (w/consent)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, MI 48226
(313) 226-9610
wayne.pratt@usdoj.gov

/s/ Andrew Densemo (w/consent)
Attorney for Defendant Norvass Wisdom
613 Abbott Street, 5th Floor
Detroit, MI 48226
(313) 967-5829
andrew_densemo@fd.org

/s/ Michelene Eberhard, P47137
Attorney for Defendant Nakeysha Wisdom
42500 Hayes Road, Suite 100
Clinton Township, MI 48038
(586) 747-6126
eberhard.law@gmail.com

August 25, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA            Case no. 14-cr-20359
        Plaintiff,

                                    HON. ROBERT H. CLELAND

v.

D-1 NAKEYSHA WISDOM,
D-2 NORVASS WISDOM,
        Defendants.
_____/

ORDER FOR DISCOVERY

THIS MATTER having come before the court on stipulation of the parties, and the court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the government shall provide discovery, as previously requested in defendants' respective Motion to Compel and Motion for Discovery, to defense counsel in useable/searchable electronic form within 60 days.

SO ORDERED.

                                      S/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated:  August 27, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 27, 2015, by electronic and/or ordinary mail.

                                      S/Lisa Wagner
                                      Case Manager and Deputy Clerk
                                      (313) 234-5522